# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 28, 2021

Mr. Arthur Carson
D-232
11401 Mesa Drive
Little Rock, AR  72211

Ms. Jewellean Moore
D-232
11401 Mesa Drive
Little Rock, AR  72211

RE:  21-2883  Jewellean Moore, et al v. Wanda Meritt, et al

Dear Mr. Carson and Ms. Moore:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc: Ms. Tammy H. Downs

District Court/Agency Case Number(s):  4:21-cv-00352-DPM